### No. 2208.—Jules Tuyes *v.* Avegno & Willoz.

Jules Tuyes and Avegno & Willoz, brokers, purchased on joint account three hundred shares of the stock of the Commercial Waterworks Company for the aggregate sum of $20,625. For the payment of this amount Avegno & Willoz paid $625 in cash and Tuyes executed his notes for the balance, $20,000, on time, and gave as collateral security the three hundred shares of stock. The stock, subsequently and before the notes were paid, depreciated in value. The notes, with the collaterals, were held respectively by the Bank of America, the Merchants Mutual Insurance Company and the Mutual Insurance Company. The collaterals having depreciated in value, the holders called on the maker of the notes for a margin, which was for a part payment. The maker failed to pay and the shares of stock were sold according to law by the pledgees. At this sale the stock failed to bring the amount of the notes by a deficit of $9029 80.

Held—That, the maker of the notes having purchased the stock on joint account with Avegno & Willoz, brokers, and having paid the notes or become liable for their payment, they, the brokers, were liable to him for the one-half of the loss resulting from the sale of the stock by the pledgees, less the amount of the cash which they paid in at the time of the purchase.

APPEAL from the Seventh District Court, parish of Orleans. *Collens,* J. *Cyprien Dufour,* for plaintiff and appellee. *W. H. Hunt,* for defendants and appellants.

Ludeling, C. J. On the eighth of April, 1867, Avegno & Willoz, brokers, purchased, on joint account with the plaintiff, three hundred shares of the Commercial Waterworks Company, at $68 75 per share, amounting in the aggregate to $20,625. For the payment of these shares, Avegno & Willoz advanced $625 and the plaintiff, in accordance with the agreement of the parties, executed three promissory notes, one in favor of the Bank of America for $6000, one in favor of the Merchants' Mutual Insurance Company for $7000 and one in favor of the New Orleans Mutual Insurance Company for $7000, all bearing eight per cent. per annum interest; and as collateral security for the payment of the notes, the three hundred shares of the Commercial Waterworks Company were given to the bank and insurance companies respectively.

23

Several months after the maturity of the notes and after the notes had been renewed several times by the plaintiff, the pledgees notified the pledgor that, the stocks pledged having depreciated in the market, they would require a margin, that is, the payment of a part of the notes, and failing to do this the three hundred shares of the Commercial Waterworks Company were sold according to law to satisfy the notes held by the pledgees. The loss incurred by the parties in this venture was $9029 80, one-half of which must be borne by the defendants. The whole amount was paid by the plaintiff and he claimed from his partners their proportion, less the sum advanced by them. This he is clearly entitled to recover. C. C. 2865 [2836]; Pothier, Contrat de Société, c. 1, sec. 4.

It is therefore ordered that the judgment of the court a qua be affirmed, with costs of appeal.